# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  20-2728

_____

Amanda M. Jones, Individually and on Behalf of all Arkansans Similarly Situated

Plaintiff - Appellant

v.

Santander Consumer USA, Inc.

Defendant - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:19-cv-00811-BRW)

_____

## JUDGMENT

The joint stipulation of the parties to dismiss the appeal is granted. The appeal is hereby

dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

September 17, 2020

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans

## United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

Michael E. Gans
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 17, 2020

Mr. Luke G. Maher
NORTON & ROSE
Suite 2230
7676 Forsyth Boulevard
Saint Louis, MO  63105-3404

Mr. James Albert Streett
STREETT LAW FIRM
107 W. Main Street
P.O. Box 650
Russellville, AR  72801-0000

     RE:  20-2728  Amanda Jones v. Santander Consumer USA, Inc.

Dear Counsel:

     Attached is an order entered today in the above case. The mandate is issued forthwith to the Clerk of the United States District Court.

     Michael E. Gans
     Clerk of Court

LMT

Enclosure(s)

cc:    Mr. Jason K. Fagelman
      Mr. Joe P. Leniski Jr.
      Mr. Jim McCormack
      Ms. Alexandra Ashley Wendt

     District Court/Agency Case Number(s):  4:19-cv-00811-BRW

## Abigail Temple

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Thursday, September 17, 2020 3:47 PM |
| **Subject:** | 20-2728 Amanda Jones v. Santander Consumer USA, Inc. "judgment filed sua sponte dismiss case voluntarily" (4:19-cv-00811-BRW) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 09/17/2020

| | |
|---|---|
| **Case Name:** | Amanda Jones v. Santander Consumer USA, Inc. |
| **Case Number:** | 20-2728 |
| **Document(s):** | Document(s) |

**Docket Text:**
**JUDGMENT FILED -** The joint stipulation of the parties to dismiss this appeal is granted. The case is dismissed in accordance with Rule 42(b), Federal Rules of Appellate Procedure. Mandate shall issue forthwith. [4956852-2] [4956933] [20-2728] (Lisa Tobias)

**Notice will be electronically mailed to:**

Mr. Jason K. Fagelman: jason.fagelman@nortonrosefulbright.com, shari.mcfadden@nortonrosefulbright.com
Mr. Joe P. Leniski, Jr.: joeyl@bsjfirm.com, ecf-processor@bsjfirm.com
Mr. Luke G. Maher: luke.maher@nortonrosefulbright.com
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. James Albert Streett: james@streettlaw.com
Ms. Alexandra Ashley Wendt: alexandra.wendt@nortonrosefulbright.com

The following document(s) are associated with this transaction:
**Document Description:** Judgment: Clerk Directed
**Original Filename:** /opt/ACECF/live/forms/LisaTobias_202728_4956933_JudgmentsClerkDirected_125.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=09/17/2020] [FileNumber=4956933-0]
[5936c7db23ee873e0bfb46aef325b4fe39240ac20aeb5b37def1d029d58171c7314f1140a4b5afd400db058826dd45334a1
7e49b02733dc08c83473e5ac4e39a]]
**Recipients:**

- Mr. Jason K. Fagelman

- Mr. Joe P. Leniski, Jr.
- Mr. Luke G. Maher
- Mr. Jim McCormack, Clerk of Court
- Mr. James Albert Streett
- Ms. Alexandra Ashley Wendt

**Document Description:** Cover Letter
**Original Filename:** /opt/ACECF/live/forms/LisaTobias_202728_4956933_GeneralCoverLetters_122.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=09/17/2020] [FileNumber=4956933-1]
[5004ebbbc2f3d4aaf33e08b161a90404932b0d6c625b542635f7bd6114697cc584a9c304f47fd35f9a98a7f2d8de3ffc8bae
52d445c753e5fff6fa9deecd2e34]]
**Recipients:**

- Mr. Jason K. Fagelman
- Mr. Joe P. Leniski, Jr.
- Mr. Luke G. Maher
- Mr. Jim McCormack, Clerk of Court
- Mr. James Albert Streett
- Ms. Alexandra Ashley Wendt

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4956933
**RELIEF(S) DOCKETED:**
   dismiss case voluntarily
**DOCKET PART(S) ADDED:** 6614565, 6614566, 6614409, 6614567